COMMONWEALTH *vs.* ANIBAL VAQUILLA SOLLIVAN. Reported below: 40 Mass. App. Ct. 284 (1996).

COMMONWEALTH *vs.* WESTON J. STOW. Reported below: 39 Mass. App. Ct. 1123 (1996).

COMMONWEALTH *vs.* CLAUDIO N. TAVAREZ. Reported below: 40 Mass. App. Ct. 1110 (1996).

COMMONWEALTH *vs.* JOHN TRUDEAU. Reported below: 40 Mass. App. Ct. 1112 (1996).

MATTHE CROTEAU *vs.* PLANNING BOARD OF HOPKINTON. Reported below: 40 Mass. App. Ct. 922 (1996).

FRAMINGHAM SAVINGS BANK *vs.* STEVEN TURK & another. Reported below: 40 Mass. App. Ct. 384 (1996). MR. JUSTICE WILKINS did not participate.

MARIO GUZZO *vs.* CIVIL SERVICE COMMISSION. Reported below: 40 Mass. App. Ct. 1113 (1996).

ROY W. HAMLIN *vs.* DEPARTMENT OF SOCIAL SERVICES. Reported below: 40 Mass. App. Ct. 1116 (1996).

EDWARD S. LYKUS *vs.* COMMISIONER OF CORRECTION & another. Reported below: 40 Mass. App. Ct. 1113 (1996).

JOSEPHINE MACKNESS *vs.* ROBERT E. VERVILLE. Reported below: 40 Mass. App. Ct. 1113 (1996).

LINDA MAYER, administratrix, *vs.* MEDICAL MALPRACTICE JOINT UNDERWRITING ASSOCIATION OF MASSACHUSETTS. Reported below: 40 Mass. App. Ct. 266 (1996). MR. JUSTICE WILKINS did not participate.

MEZZANINE CAPITAL CORPORATION *vs.* COMMISSIONER OF REVENUE. Reported below: 40 Mass. App. Ct. 56 (1996).

JAMES F. O'LEARY & another *vs.* THOMAS C. EGAN. Reported below: 40 Mass. App. Ct. 1112 (1996).

PEOPLES HERITAGE SAVINGS BANK *vs.* JOHN P. CONROY. Reported below: 40 Mass. App. Ct. 1114 (1996).

EUGENE RECTOR, petitioner. Reported below: 40 Mass. App. Ct. 1103 (1996).

ELADIO RIOS's (DEPENDANT'S) CASE Reported below: 40 Mass. App. Ct. 1114 (1996).

SURPLUS MARKETING SERVICES INSURANCE AGENCY, INC. *vs.* MARSH & MCLENNAN, INC. Reported below: 40 Mass. App. Ct. 1117 (1996).

T.K. *vs.* DEPARTMENT OF SOCIAL SERVICES. Reported below: 40 Mass. App. Ct. 1114 (1996). MR. JUSTICE FRIED did not participate.

June 11, 1996

*Further appellate review granted:*

JULIE BERMANT & another *vs.* BOARD OF SELECTMEN OF BELCHERTOWN & others. Reported below: 40 Mass. App. Ct. 1116 (1996).

COMMONWEALTH *vs.* DAVID P. CURTISS. Reported below: 40 Mass. App. Ct. 350 (1996).

HANOVER INSURANCE COMPANY *vs.* MATTHEW D. SHEDD, individually and as administrator, & another. Reported below: 40 Mass. App. Ct. 1112 (1996).

HARRON COMMUNICATIONS CORPORATION *vs.* TOWN OF BOURNE & another. Reported below: 40 Mass. App. Ct. 83 (1996).

KA-HUR ENTERPRISES, INC. *vs.* ZONING BOARD OF APPEALS OF PROVINCETOWN. Reported below: 40 Mass. App. Ct. 71 (1996).

CONSTANCE B. RUTANEN & others; ROBERT D. QUEVILLON & others, interveners, *vs.* ESTELLE C. BALLARD & another, *individually and as trustees. Reported below:* 40 Mass. App. Ct. 1113 (1996).

*Further appellate review denied:*

COMMONWEALTH *vs.* PHYLLIS BAILEY. Reported below: 39 Mass. App. Ct. 908 (1995).

COMMONWEALTH *vs.* GEORGE BURT, SR. Reported below: 40 Mass. App. Ct. 275 (1996).

COMMONWEALTH *vs.* MICHAEL GAGNON. Reported below: 40 Mass. App. Ct. 1114 (1996).

COMMONWEALTH *vs.* RAYMOND J. GEARY. Reported below: 40 Mass. App. Ct. 1106 (1996).

COMMONWEALTH *vs.* MARK NOVO. Reported below: 40 Mass. App. Ct. 1102 (1996).

COMMONWEALTH *vs.* WILLIAM P. SOUZA, SECOND. Reported below: 40 Mass. App. Ct. 1115 (1996).

COMMONWEALTH *vs.* JESUS VEGA. Reported below: 40 Mass. App. Ct. 1114 (1996).

FAIRFIELD AFFILIATES *vs.* GENERAL BUILDERS SUPPLY COMPANY. Reported below: 40 Mass. App. Ct. 1109 (1996).

FELICIA MCKENZIE *vs.* BOSTON EDISON COMPANY. Reported below: 40 Mass. App. Ct. 1112 (1996).

LEO MEDEIROS & another *vs.* PROFESSIONAL PROTECTION GROUP, INC., & others. Reported below: 40 Mass. App. Ct. 1110 (1996).

JOHN M. REYNOLDS *vs.* ANNE WHITMAN. Reported below: 40 Mass. App. Ct. 315 (1996).

SCHOOL COMMITTEE OF BOSTON *vs.* LABOR RELATIONS COMMISSION; BOSTON PUBLIC SCHOOL BUILDINGS CUSTODIANS' ASSOCIATION, intervener. Reported below: 40 Mass. App. Ct. 327 (1996).

JOSEPHINE SILVIA *vs.* SHAW'S SUPERMARKET, INC. Reported below: 40 Mass. App. Ct. 1113 (1996).

DAN M. WHITE *vs.* COMMISSIONER OF THE DEPARTMENT OF EMPLOYMENT AND TRAINING. Reported below: 40 Mass. App. Ct. 249 (1996).